**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

No. 01-40689
_____

ANDREW BRADY FISHER,

Plaintiff-Appellant

versus

THOMAS BUTLER, Classification Officer;
TODD HARRIS, Unit Building Major;
CHARLES FRIZZELL, Chief Classification Officer;
RICHARD D. TAYLOR, Texas Department of Criminal Justice, Inmate;
CHARLES WILLIAMSON, Warden,

Defendants-Appellees.

-------------------------------------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:01-CV-37
-------------------------------------------------
April 3, 2002
**ON PETITION FOR REHEARING**

Before HIGGINBOTHAM, BARKSDALE, and STEWART, Circuit Judges.

BY THE COURT:

IT IS ORDERED that Appellant Andrew Brady Fisher's petition for rehearing is GRANTED for the sole purpose of correcting a clerical error in our previous opinion. We STRIKE the first sentence in our previous opinion and replace it with the following:

Andrew Brady Fisher, Texas inmate # 654553, proceeding pro se and in forma pauperis, appeals the dismissal as frivolous of his 42 U.S.C. § 1983 complaint against fellow prisoner Richard D. Taylor and prison officials Thomas Butler, Charles Frizzell, Charles Williamson, and Todd Harris.